FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 8 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25- 4144 KWR |
| | ) | |
| vs. | ) | |
| | ) | Count 1:  18 U.S.C. §§ 1153 and |
| **AUSTIN BEGAY,** | ) | 1111: First Degree Murder; 18 |
| **JAYMES FAGE,** and | ) | U.S.C. § 2: Aiding and Abetting; |
| **JOSHUA WATKINS,** | ) | |
| | ) | Count 2: 18 U.S.C. §§ |
| Defendants. | ) | 924(c)(1)(A)(iii) and (j)(1): Using |
| | ) | and Carrying a Firearm During and in |
| | ) | Relation to a Crime of Violence, and |
| | ) | Possessing a Firearm in Furtherance |
| | ) | of Such Crime; Discharging Said |
| | ) | Firearm; and Causing Death Through |
| | ) | Use and Possession of a Firearm; |
| | ) | |
| | ) | Count 3:  18 U.S.C. § 4: Misprision |
| | ) | of a Felony; |
| | ) | |
| | ) | Counts 4-5:  18 U.S.C. § 1001(a)(2): |
| | ) | False Statements or Representations; |
| | ) | |
| | ) | Count 6:  18 U.S.C. § 3: Accessory |
| | ) | After the Fact. |

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about July 21, 2020, in Indian Country, in San Juan County, in the District of New

Mexico, the defendants, **AUSTIN BEGAY** and **JAYMES FAGE**, both Indians, unlawfully

killed John Doe with malice aforethought, in that **AUSTIN BEGAY** killed John Doe willfully,

deliberately, maliciously, and with premeditation, by shooting John Doe with a semiautomatic

pistol, while **JAYMES FAGE** aided and abetted the crime.

In violation of 18 U.S.C. §§ 1153, 1111, and 2.

## Count 2

On or about July 21, 2020, in San Juan County, in the District of New Mexico, the

defendant, **AUSTIN BEGAY**, knowingly used and carried a firearm, during and in relation to a

crime of violence for which the defendant may be prosecuted in a court of the United States,

specifically, first degree murder as charged in Count 1 of this indictment, and possessed said

firearm in furtherance of such crime, and the firearm was discharged, and in the course of said

offense caused the death of John Doe through the use of the firearm, and the killing constituted

murder as defined in 18 U.S.C. § 1111.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and (j)(1).

## Count 3

Beginning on or about January 1, 2021, and continuing to the present, in San Juan

County, in the District of New Mexico, and elsewhere, the defendants, **JOSHUA WATKINS**,

**JAYMES FAGE**, and **AUSTIN BEGAY**, having knowledge of the actual commission of a

felony, to wit: a federal felony offense of murder in the first degree in Indian Country, did

conceal the same and did not as soon as possible make known the same to some judge or other

person in civil or military authority under the United States.

In violation of 18 U.S.C. § 4.

## Count 4

On or about December 21, 2021, in San Juan County, in the District of New Mexico, the

defendant, **JAYMES FAGE**, did willfully and knowingly make a materially false, fictitious and

fraudulent statement in a matter within the jurisdiction of the executive branch of the

Government of the United States, by stating that A.E. had given him, Austin Begay, and Z.S. a

ride in A.E.'s mother's vehicle to L.H.'s house on July 21, 2020, when in fact A.E. did not

transport **JAYMES FAGE**, Austin Begay, and Z.S. to that location and instead transported them

from the Journey Inn in Farmington, New Mexico, to a different location.

     In violation of 18 U.S.C. § 1001(a)(2).

Count 5

     On or about December 21, 2021, in San Juan County, in the District of New Mexico, the

defendant, **AUSTIN BEGAY**, did willfully and knowingly make a materially false, fictitious

and fraudulent statement in a matter within the jurisdiction of the executive branch of the

Government of the United States, by stating that A.E. had given him, Jaymes Fage a ride in

A.E.'s mother's vehicle to L.H.'s house on July 21, 2020, and stating that Z.S. was not in the

vehicle, when in fact A.E. had transported **AUSTIN BEGAY**, Jaymes Fage, and Z.S. to a

different location.

     In violation of 18 U.S.C. § 1001(a)(2).

Count 6

     On or about December 21, 2021, in San Juan County, in the District of New Mexico, the

defendant, **JAYMES FAGE,** knowing that an offense against the United States had been

committed, to wit, murder, did assist the offender, Austin Begay, by helping to conceal the crime

by lying to investigators, in order to hinder and prevent the offender's apprehension, trial, and

punishment.

     In violation of 18 U.S.C. § 3.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney